**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-389-PAB-KLM

JAMES MURRAY, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

 v.

LEVEL 3 COMMUNICATIONS, INC.,
JAMES O. ELLIS, JR.,
JEFF K. STOREY,
KEVIN P. CHILTON,
STEVEN T. CLONTZ,
IRENE M. ESTEVES,
T. MICHAEL GLENN,
SPENCER B. HAYS,
MICHAEL J. MAHONEY,
KEVIN W. MOONEY;
PETER SEAH LIM HUAT, and
PETER VAN OPPEN,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: February 23, 2017	Respectfully submitted,

   */s/ Rusty E. Glenn*
Rusty E. Glenn
Kip B. Shuman
The Shuman Law Firm
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 484-4886
Email: kip@shumanlawfirm.com
Email: rusty@shumanlawfirm.com

*Local Counsel for Plaintiff*

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Ph. (212) 971-1341
Cell (305) 205-8284 or (646) 522-4840
email: jmonteverde@monteverdelaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicate as non-registered participants on February 24, 2017.

*s/ Rusty E. Glenn*
Rusty E. Glenn